■ Janet Callaghan, Respondent, v Gerard Callaghan, Defendant. Allan J. Berke, Nonparty Appellant. [785 NYS2d 708]— In an action for a divorce and ancillary relief, the plaintiff's former attorney, Allan J. Berke, appeals from an order the Supreme Court, Westchester County (Montagnino, R.), entered February 10, 2004, which granted the plaintiff's motion pursuant to CPLR 4401, made prior to the completion of a hearing to fix the amount of his retaining lien, for judgment as a matter of law dismissing his claim for an attorney's fee and to direct him to turn over the plaintiff's legal file to incoming counsel.

Ordered that the appeal is dismissed, without costs or disbursements, as the order was superseded by an order of the same court entered April 9, 2004, made upon reargument (*see Callaghan v Callaghan*, 13 AD3d 406 [2004] [decided herewith]). Ritter, J.P., Goldstein, Smith and Fisher, JJ., concur.